EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
| --- | --- |
| Yolanda M. Stacholy Ramos | 2017 TSPR 203<br><br>198 DPR ____ |

Número del Caso: TS-11,690

Fecha: 22 de diciembre de 2017

Materia: Resolución del Tribunal y Resolución del Tribunal Enmendada

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Yolanda M. Stacholy Ramos          TS-11,690

RESOLUCIÓN

En San Juan, Puerto Rico, a 21 de diciembre de 2017.

Examinada la *Solicitud de reinstalación a la práctica de la abogacía, solicitud para que se acepte la contestación preliminar a la queja y sobre reapertura del proceso disciplinario* y la *Contestación preliminar a la queja* presentadas por la Sra. Yolanda M. Stacholy Ramos, se autoriza la reinstalación de la señora Stacholy Ramos al ejercicio de la abogacía condicionado a que acredite que notificó su suspensión a sus clientes y a los foros correspondientes y que devolvió los honorarios cobrados, si alguno, por servicios que no realizó.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Martínez Torres denegaría en esta etapa la solicitud de reinstalación. En su lugar, ordenaría la continuación del proceso y la adjudicación de la queja antes de pasar juicio sobre la reinstalación solicitada. La Juez Asociada señora Rodríguez Rodríguez no intervino.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Yolanda M. Stacholy Ramos                 TS-11,690

RESOLUCIÓN ENMENDADA

En San Juan, Puerto Rico, a 22 de diciembre de 2017.

Examinada la *Solicitud de reinstalación a la práctica de la abogacía, solicitud para que se acepte la contestación preliminar a la queja y sobre reapertura del proceso disciplinario* y la *Contestación preliminar a la queja* presentadas por la Sra. Yolanda M. Stacholy Ramos, se ordena la reinstalación de la señora Stacholy Ramos al ejercicio de la abogacía.

Se reactiva la Queja Núm. AB-2014-230.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Martínez Torres denegaría en esta etapa la solicitud de reinstalación. En su lugar, ordenaría la continuación del proceso y la adjudicación de la queja antes de pasar juicio sobre la reinstalación solicitada. La Juez Asociada señora Rodríguez Rodríguez no intervino.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo